ACCEPTED
03-15-00118-CV
5686565
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 9:12:09 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00118-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 9:12:09 PM
JEFFREY D. KYLE
Clerk

_____

*TEXAS QUARTER HORSE ASSOCIATION; TEXAS THOROUGHBRED ASSOCIATION; TEXAS HORSEMEN'S PARTNERSHIP; GILLESPIE COUNTY FAIR AND FESTIVALS ASSOCIATION, INC.; GLOBAL GAMING LSP, LLC d/b/a LONE STAR PARK AT GRAND PRAIRIE; and SAM HOUSTON RACE PARK, LLC,*

*Appellants*

*v.*

*AMERICAN LEGION DEPARTMENT OF TEXAS, TEMPLE POST 133; KICKAPOO TRADITIONAL TRIBE OF TEXAS; THOMPSON ALLSTATE BINGO SUPPLY, INC.; and MOORE SUPPLIES, INC.,*

*Appellees*

_____

*UNOPPOSED* **MOTION TO ABATE APPEAL**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 2 and 10.1, Appellants move to abate this appeal for 90 days. In support of the requested 90-day abatement, Appellants would show the following:

1

1. This cause concerns the validity of administrative rules adopted by the Texas Racing Commission ("Commission") that authorize pari-mutuel wagering on historical horse racing.

2. The district court below held that the Commission's adoption of the historical racing rules in August 2014 constituted an *ultra vires* act, and that those rules are therefore invalid.

3. Appellants have appealed the district court's decision to this Court.

4. The Commission is currently considering its future plans with respect to the issue of historical racing. At this time, it is unclear what the Commission will ultimately decide. For example, the Commission could decide to maintain its current position in support of historical racing. Alternatively, it could decide to maintain its current support of historical racing, but do so through a new rule. Or it could decide to switch gears and abandon the issue of historical racing entirely and permanently, by announcing in no uncertain terms that the Commission will repeal the rule and will not replace it with another historical racing rule at any time in the future. Depending on which course the Commission ultimately suggests, that decision may or may not impact the status of this appeal.

5. The Commission is expected to make a final decision about historical racing, one way or another, in or around August 2015. Until then, there is no need for this Court or for the parties to expend further resources on this appeal.

6. Accordingly, Appellants ask the Court to suspend or toll all current appellate deadlines and to abate the appeal for 90 days. The requested 90-day abatement will avoid a potentially needless waste of time and expense involved in briefing issues raised by both sides in this Court.

7. Appellees do not agree with Appellants' characterization of the facts or rationale expressed in this Motion, but Appellees do not oppose the granting of the relief sought.

WHEREFORE, Appellants pray that the Court grant this unopposed motion to abate and render an order suspending or tolling all existing appellate deadlines and abating this appeal for a period of 90 days. Appellants also request such other and further relief to which it may be entitled.

DATED:     June 15, 2015                    Respectfully submitted,

                                                        By: /s/ J. Bruce Bennett
                                                              J. Bruce Bennett

Martha S. Dickie,
    State Bar No. 00000081
Boone Almanza
    State Bar No. 01579001
ALMANZA, BLACKBURN & DICKIE, LLP
2301 South Capital of Texas Highway,
Building H
Austin, Texas 78746
Tel:  (512) 478-9486
Fax:  (512) 478-7151
*mdickie@abdlawfirm.com*
*balmanza@abdlawfirm.com*

COUNSEL FOR APPELLANT GILLESPIE
COUNTY FAIR AND FESTIVALS
ASSOCIATION, INC.


James C. Ho
    State Bar No. 24052766
Bradley G. Hubbard
    State Bar No. 24090174
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel:  (214) 698-3100
Fax:  (214) 571-2934
*jho@gibsondunn.com*
*bhubbard@gibsondunn.com*

COUNSEL FOR APPELLANT SAM
HOUSTON RACE PARK, LLC

J. Bruce Bennett
    State Bar No. 02145500
John A. Cardwell
    State Bar No. 03791200
CARDWELL, HART & BENNETT, LLP
807 Brazos, Suite 1001
Austin, Texas 78701
Tel:  (512) 322-0011
Fax:  (512) 322-0808
*cardwell53@earthlink.net*
*jbb.chblaw@me.com*

  --and--

Dudley D. McCalla
    State Bar No. 13354000
JACKSON WALKER, LLP
100 Congress Avenue Ste 1100
Austin, Texas 78701-0000
Tel:  (512) 236-2071
Fax:  (512) 236-2002
*dmccalla@jw.com*

COUNSEL FOR APPELLANT GLOBAL GAMING
LSP, LLC D/B/A LONE STAR PARK AT
GRAND PRAIRIE


Robert G. Hargrove
    State Bar No. 24032391
Ana Maria Marsland Griffith
    State Bar No. 13049300
OSBORN, GRIFFITH & HARGROVE
515 Congress Ave., Suite 2450
Austin, Texas 78701
Tel:  (512) 476-3529
Fax:  (512) 476-8310
*rob@texasenergylaw.com*
*anamaria@texasenergylaw.com*

COUNSEL FOR APPELLANTS TEXAS
QUARTER HORSE ASSOCIATION, TEXAS
THOROUGHBRED ASSOCIATION, AND TEXAS
HORSEMEN'S PARTNERSHIP

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellees regarding this Motion. Appellees do not agree with Appellants' characterization of the facts or rationale expressed in this Motion, but Appellees do not oppose the granting of the relief sought.

/s/ J. Bruce Bennett
J. Bruce Bennett

## CERTIFICATE OF SERVICE

I certify that a true copy of foregoing Motion was served via electronic means on all counsel of record in this case on this 15th day of June 2015:

/s/ J. Bruce Bennett
J. Bruce Bennett